**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| WILLIAM N. LUCY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 14-0185-CG-B |
| | ) | |
| JUDGE JOHNSTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 2, 2014, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 20th day of October, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE