# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM N. LUCY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0185-CG-B |
| | ) |
| JUDGE JOHNSTON, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's motion to proceed without prepayment of the filing fee is **DENIED**, and that this action is due to be, and hereby is, **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 20th day of October, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE